IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL L. PACK                               *
       Plaintiff
  v.                                          *     CIVIL ACTION NO. CCB-06-2893

UNITED STATES OF AMERICA          *
UNITED STATES ATTORNEY GENERAL
  OFFICE                                    *
       Defendant.
                                     ***

**MEMORANDUM**

     Pending is a pro se complaint filed by Michael Pack. Filed with the complaint are copies of various newspaper articles. As best the court can discern, plaintiff is generally alleging and protesting his views of United States policy towards Mexicans, the racial composition of the White House and Congress, the use of "In God We Trust" on United States currency, election term limits, the Maryland Gubernatorial election, slot machines, and police arrests. Paper No. 1.[1] Plaintiff seeks $50,000.00 in damages. The court will grant plaintiff's motion to proceed in forma pauperis, and dismiss the complaint sua sponte pursuant to U.S.C. § 1915(e).

     Since 1995, Michael Pack, a resident of Baltimore, Maryland, has filed approximately 70 civil cases in this court. As Pack has been granted leave to proceed without the prepayment of filing fees the court may screen his claims before service of process and dismiss the complaint *sua sponte* if it has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 325 & 327 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir.

---

[1] These claims are virtually identical to those Pack raised recently in Civil Action No. WMN -06-2771. That case was dismissed on October 30, 2006.

1996); *Nasim v. Warden*, 64 F.3d 951, 954 (4th Cir. 1995). The court may dismiss the complaint prior to service on defendants "if satisfied that the action is frivolous or malicious." *See* 28 U.S.C. §S 1915(e).  "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

     The complaint  presents extraordinary and fanciful statements regarding racial and ethnic bias and favoritism effected by local, state and federal governments regarding the English language, slot machines, political candidates, and law enforcement. It provides no basis in fact or law and shall be dismissed as frivolous in its entirety without service of process upon defendants. A separate order shall be entered reflecting the opinion set out above.


Date:   November 21, 2006                              /s/                       
                                                    Catherine C. Blake
                                                    United States District Judge